UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PORWANCHER,<br><br>          Plaintiff,<br><br>   v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,<br><br>          Defendant. | Civil Action No. 25-1180 (CJN) |

## **JOINT STATUS REPORT**

The parties, plaintiff, Andrew Porwancher ("Plaintiff"), and defendants, the National Endowment for the Humanities ("NEH"), Michael McDonald, in his official capacity as Acting Chairman of the National Endowment for the Humanities, and the Department of Government Efficiency (collectively "Defendants"), respectfully submit this joint status report pursuant to the Court's Minute Order dated June 3, 2025.

    1.    The parties propose the following briefing schedule: Defendants will file their opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 9) on June 10, 2025. Plaintiff will file a reply by June 17, 2025. The parties believe that a hearing is not required, and Plaintiff's Motion for Preliminary Injunction can be resolved through briefing.

    2.    Defendants anticipate a factual dispute regarding Chairman Michael McDonald's involvement in the termination of Plaintiff's grant. Depending on the substance of that potential dispute, Plaintiff may file a motion for expedited discovery on that issue. Defendants respectfully propose that ordering discovery in this case at this time would be inappropriate, as the Court has yet to consider its jurisdiction and whether the Amended Complaint pleads a plausible claim for relief.

Dated: June 9, 2025  　　　　　　　　　　Respectfully submitted,
　　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　　　United States Attorney


/s/ *Andrew Porwancher*　　　　　　　　By: /s/ *Kimberly A. Stratton*
Andrew Porwancher　　　　　　　　　　　KIMBERLY A. STRATTON
Pro se Plaintiff　　　　　　　　　　　　　P.A. Bar #327725
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　Ph: (202) 417-4216
　　　　　　　　　　　　　　　　　　　　　Email: kimberly.stratton@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*

- 2 -