UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PORWANCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,<br><br>    Defendants. | Civil Action No. 25-1180 (CJN) |

**CONSENT MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants, by and through undersigned counsel, respectfully move this Court for a forty-five day extension, up to and including August 8, 2025, to answer or otherwise respond to the Complaint. Plaintiff, through counsel, has graciously consented to the relief requested herein.

In support of this motion the Defendants state as follows:

1.    Plaintiff initiated this lawsuit on April 16, 2026 (*See* Compl. ECF No. 1) and filed an Amended Complaint on June 2, 2025 (*See* ECF No. 8). According to the records of the Civil Division of the United States Attorney's Office, the U.S. Attorney's Office was served with a copy of the Summons and Complaint in this matter on or about April 25, 2025. The Defendant's response to the Complaint is currently due on June 24, 2025. There is good cause for the requested extension.

2.    The U.S. Attorney's Office for the District of Columbia is currently facing an unprecedented caseload, which includes multiple temporary restraining order motions and preliminary injunction motions each week. While the undersigned has already reached out to the

- 2 -

relevant agency to promptly gather information necessary for the defense of this action, the undersigned counsel requires a reasonable amount of time to meet with agency counsel to investigate all possible defenses, and to investigate whether this case may be resolved without further litigation before preparing an answer or otherwise responding to the Amended Complaint. For this reason, the Defendant respectfully requests a forty-five day extension to answer or otherwise respond to the Amended Complaint.

3. The extension requested by the Defendants will not affect any other deadlines in this case. This is the first extension of this or any other deadline that the Defendants have requested.

4. Pursuant to Local Civil Rule 7(m), the undersigned counsel for the Defendants conferred with Plaintiff and Plaintiff informed the undersigned counsel today, June 21, 2025, that he consents to this request for an extension. Plaintiff was unavailable and without access to phone or email when the undersigned counsel initially contacted Plaintiff about the relief requested herein.

\*   \*   \*

For the foregoing reasons, the Defendant respectfully requests that the Court grant this motion and allow the Defendants to answer or otherwise respond to the Amended Complaint by August 8, 2025.  A proposed Order is being filed with this motion.

Dated: June 21, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PORWANCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,<br><br>    Defendant. | Civil Action No. 25-1180 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's Consent Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Defendants shall have until August 8, 2025, to respond to the Amended Complaint.

SO ORDERED this _____ day of June _____, 2025.

_____
Carl J. Nichols
United States District Court Judge