UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW PORWANCHER,

*Petitioner*

v.

NATIONAL ENDOWMENT FOR THE HUMANITIES, et. al,

*Respondent*.

Civil Action No. 1: 25-cv-1180 (CJN)

## ORDER

For the reasons stated in the Court's Amended Memorandum Opinion, ECF 22, it is ORDERED that Plaintiff's Motion for Preliminary Injunction, ECF 9, is GRANTED IN PART. The NEH is preliminarily enjoined from treating Plaintiff Porwancher's grant as terminated. The NEH is further preliminarily enjoined from future actions regarding that grant unless it complies with the procedural requirements contained in 2 C.F.R. §§ 200.340(a), 200.339(c), 200.342, and 300.341.

DATE: July 25, 2025

_____
CARL J. NICHOLS
United States District Judge