UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PORWANCHER,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,<br><br>  Defendants. | Civil Action No. 25-1180 (CJN) |

**MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants, by and through undersigned counsel, respectfully move this Court for a sixty day extension, up to and including October 7, 2025, to answer or otherwise respond to the Complaint.

In support of this motion the Defendants state as follows:

1. Plaintiff initiated this lawsuit on April 16, 2026 (*See* Compl. ECF No. 1) and filed an Amended Complaint on June 2, 2025 (*See* ECF No. 8). On June 2, 2025 Plaintiff filed a motion for preliminary injunction. (ECF No. 9). On July 25, 2025, the Court issued a Memorandum Opinion and Order granting Plaintiff's motion for preliminary injunction in part. (*See* ECF Nos. 21 and 22). On August 1, 2025, the Defendants re-issued a termination letter for grant no. Z-298391-24. The Defendants' response to the amended complaint is currently due on August 8, 2025. There is good cause for the requested extension.

2. Since reissuing the termination letter, Plaintiff's grant termination is in administrative processing where Plaintiff may file an appeal of his grant termination. Defendants respectfully request a reasonable amount of time for the administrative process to proceed to see

- 2 -

if this case may be resolved without further litigation before responding to the amended complaint. For this reason, the Defendants respectfully request a sixty day extension to answer or otherwise respond to the amended complaint.

      3.      The extension requested by the Defendants will not affect any other deadlines in this case. This is the second extension of this or any other deadline that the Defendants have requested.

      4.      Pursuant to Local Civil Rule 7(m), the undersigned counsel for the Defendants conferred with Plaintiff and Plaintiff informed the undersigned counsel that he would only agree to a seven day extension.

\*     \*     \*

For the foregoing reasons, the Defendants respectfully request that the Court grant this motion and allow the Defendants to answer or otherwise respond to the Amended Complaint by October 7, 2025. A proposed Order is being filed with this motion.

Dated: August 8, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW PORWANCHER,

    Plaintiff,

    v.

NATIONAL ENDOWMENT FOR THE
HUMANITIES, et al.,

    Defendants.

Civil Action No. 25-1180 (CJN)

### [PROPOSED] ORDER

Upon consideration of the Defendants' Motion for Extension of Time to Answer or Otherwise Respond to the Amended Complaint, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Defendants shall have until October 7, 2025, to respond to the Amended Complaint.

SO ORDERED this _____ day of July _____, 2025.

_____
Carl J. Nichols
United States District Court Judge