UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PORWANCHER,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,<br><br>        Defendants. | Civil Action No. 25-1180 (CJN) |

**MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL
COMPLIANCE WITH THE COURT' JULY 25 ORDER AND TO EXPEDITE TIME
FOR RESPONSE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants, by and through undersigned counsel, respectfully move this Court for a four calendar day (two business day) extension, up to and including August 12, 2025, to respond to Plaintiff's Emergency Motion to Compel Compliance with the Court's July 5, 2025 and to Expedite Time for Response ("Pls. Mot.").

In support of this motion the Defendants state as follows:

1.      Plaintiff initiated this lawsuit on April 16, 2026 (*See* Compl. ECF No. 1) and filed an Amended Complaint on June 2, 2025 (*See* ECF No. 8). On June 2, 2025, Plaintiff moved for a preliminary injunction. (ECF No. 9). On July 25, 2025, the Court issued a Memorandum Opinion and Order granting in part Plaintiff's motion for preliminary injunction. (*See* ECF Nos. 21 and 22). On August 1, 2025, Defendants re-issued a termination letter for grant no. Z-298391-24. On August 5, 2025, Plaintiff filed his Motion to Compel, which was accompanied by a declaration and fifteen exhibits. (ECF No. 24). On August 5, 2025, the Court ordered Defendants

to submit a response to Plaintiff's Motion on or before August 8, 2025. (*See* Min. Order Aug. 5, 2025). While Defendants are mindful of the emergency nature of Plaintiff's motion, there is good cause for the requested extension.

2.  The undersigned counsel is now and remains in previously-scheduled, full day depositions from August 6, 2025, through August 8, 2025. The undersigned counsel requires a reasonable amount of time to confer with agency counsel, prepare a response that will be helpful to the Court as it evaluates the issues relating to the grant, and obtain supervisory approval for the response, and in light of the heavy deposition schedule that the undersigned cannot alter on short notice, counsel does not have time to prepare a suitable response by August 8. For these reasons, the Defendants respectfully request a four-day extension to respond to Plaintiff's Motion.

3.  The extension requested by the Defendants will not affect any other deadlines in this case. This is Defendants' first request to extend this deadline and Defendants' third request for an extension overall in this matter.

4.  Pursuant to Local Civil Rule 7(m), the undersigned counsel for Defendants conferred with Plaintiff, who states that he opposes this request.

\*       \*       \*

For the foregoing reasons, the Defendants respectfully request that the Court grant this motion and allow the Defendants to respond to Plaintiff's Motion by August 12, 2025. A proposed Order is being filed with this motion.

Dated: August 6, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PORWANCHER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,<br><br>　　Defendants. | Civil Action No. 25-1180 (CJN) |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion to extend the time to respond to Plaintiff's Emergency Motion to Compel Compliance with the Court's July 25 Order and to Expedite Time for Response, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Defendants shall have until August 12, 2025, to Plaintiff's Motion.

SO ORDERED this _____ day of July _____, 2025.

_____
Carl J. Nichols
United States District Court Judge