UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Andrew Porwancher, *Plaintiff*, v. National Endowment for the Humanities, et al., *Defendants*. | Case No. 1:25-cv-01180-CJN |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Local Civil Rule 65.1(c), Plaintiff Andrew Porwancher hereby moves for a preliminary injunction (1) enjoining Defendant Michael McDonald, his officers, employees, and agents from enforcing and giving effect to the August 1, 2025 re-termination of Plaintiff's Public Scholar grant and (2) requiring Defendant McDonald, his officers, employees, and agents to reinstate the non-monetary aspect of Plaintiff's grant. That relief would ensure that Plaintiff can resume his book project under the grant as a Public Scholar without any corresponding obligation imposed by the Court on Defendants to disburse funds pursuant to Plaintiff's grant agreement.

Plaintiff further requests that the Court order Defendants to file a status report within forty-eight hours of the issuance of any preliminary injunction, and at regular intervals thereafter, confirming compliance with the order.

Plaintiff bases this motion on Federal Rule of Civil Procedure 65, the attached Memorandum of Law, the exhibits in support of the memorandum, and the Proposed Order. As set forth in greater detail in the accompanying memorandum, Defendant McDonald's

re-termination of Plaintiff's grant violates the First Amendment to the U.S. Constitution. Plaintiff brings this motion via nonstatutory review. Plaintiff is already suffering and will continue to suffer irreparable injury if this Court does not provide preliminary relief.

Pursuant to Local Civil Rule 7(m), Plaintiff conferred with counsel for Defendants, who indicated on January 2, 2026 that they oppose the instant motion.

Dated: January 6, 2026					Respectfully submitted,

							*Andrew Porwancher*

							Professor Andrew Porwancher
							SCETL-ASU
							P.O. Box 870602
							Tempe, AZ 85287-0602
							(602) 726-2110
							porwancher@asu.edu

							*Plaintiff*