UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW PORWANCHER,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL ENDOWMENT FOR THE HUMANITIES et al.,<br><br>    Defendants. | Civil Action No. 25-1180 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered January 9, 2026, plaintiff, Andrew Porwancher ("Plaintiff") and defendants the National Endowment for the Humanities ("NEH") and its Acting Chairman, Pranita Raghavan, in her official capacity,[1] ("Defendants"), (collectively the "parties"), respectfully submit this joint status report.

1. The parties conferred by telephone on January 12, 2026. The Parties are currently discussing Plaintiff's request to reinstate the nonmonetary aspects of Plaintiff's terminated grant.

2. The parties are also discussing which action constitutes the final agency action for purpose of the Administrative Procedure Act ("APA"), 5 U.S.C. § 704. Plaintiff's grant was initially terminated on or about April 3, 2025. *See* Second Am. Compl. (ECF No. 34) ¶ 57. After briefing on Plaintiff's first motion for preliminary injunction, Defendants issued a re-termination notice to Plaintiff on or about August 1, 2025. *See id*. ¶ 75. On August 28, 2025, Plaintiff appealed the August 1, 2025 re-termination to NEH. *See id*. ¶ 110. On or about December 1, 2025, NEH issued

---

[1] The current Acting Chairman is substituted for her predecessor pursuant to Federal Rule of Civil Procedure 25(d).

a decision upholding the August 1, 2025 re-termination of Plaintiff's grant. While the December 1, 2025 decision is referenced in the Second Amended Complaint, the December 1, 2025 decision is not included in Counts One through Three as a basis for judicial review. *See id*. ¶¶ 111-119, *compare with* ¶¶ 133-146. The parties are exploring whether a potential third amended complaint could obviate future briefing over which action constitutes final agency action.

3.      The parties respectfully request a reasonable amount of time to confer over Plaintiff's request to reinstate the nonmonetary aspects of the terminated grant and whether the parties can resolve their initial disputes over which agency action is deemed the final agency action for purpose of relief under the APA. The parties respectfully propose deferring the briefing on Plaintiff's motion for preliminary injunction and the Defendants response for twenty-one days to allow the parties to continue discussion.[2] The parties further propose filing a joint status report on February 3, 2026, (1) updating the court on the status of their discussions, (2) if necessary, proposing a briefing schedule for Plaintiff's motion for preliminary injunction to include a statement addressing whether a hearing is necessary and if the parties anticipate any factual disputes between affiants.

---

[2]     Defendants will file a separate motion to extend the time to answer the second amended complaint until after the parties complete discussions regarding Plaintiff's request for a partial grant reinstatement and a third amended complaint.

- 3 -

Dated: January 13, 2026
      Washington, DC

        /s/ Andrew Porwancher
_____

Andrew Porwancher

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:       */s/ Kimberly Stratton*
KIMBERLY STRATTON, P.A. Bar #327725
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 417-4216
kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

- 3 -