UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW PORWANCHER,

Plaintiff,

v.

NATIONAL ENDOWMENT FOR THE HUMANITIES, et al.,

Defendants.

Civil Action No. 25-1180 (CJN)

**STIPULATION OF DISMISSAL**

Pursuant to the parties' settlement agreement in this matter, the parties to this action hereby stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

By: /s/ *Andrew Porwancher*
ANDREW PORWANCHER
Andrew Porwancher
2304 Whitis Ave.
Ste. 2.106
Office # 2.452
Austin, TX 78712
porwancher@utexas.edu
(602) 726-2110

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Kimberly A. Stratton*
KIMBERLY A. STRATTON
P.A. Bar #327725
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Ph: (202) 417-4216
Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

Dated: September 17, 2026